1   **CAROL ANN MOSES  #164193**
    Attorney at Law
2   7636 N. Ingram Ave., #104
    Fresno, California  93711
3   Telephone:  (559) 449-9069
    Facsimile:    (559) 513-8530
4   carol@yosemitelawyer.com

5   Attorney for Defendant,
6   JORDAN CHAD BRUCKLACHER

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    CASE NO. 6:19-mj-00048-JDP
                                       )
11              Plaintiff,             )    STIPULATION TO CONTINUE INITIAL
                                       )    APPEARANCE TO DECEMBER 17, 2019;
12                                     )    ORDER THEREON
    vs.                                )
13                                     )
                                       )    Date:   December 17, 2019 (Proposed)
14  JORDAN CHAD BRUCKLACHER,           )    Time:   10:00 AM
                                       )    Judge: Jeremy D. Peterson
15                                     )
                Defendant.             )
16  _____   )

17

18      **IT IS HEREBY STIPULATED** by and between the Defendant, JORDAN CHAD

19  BRUCKLACHER, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer,

20  SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently

21  scheduled for September 24, 2019 at 10:00 AM be continued until December 17, 2019 at 10:00

22  AM. The government has no objection.

23      Based on an incident that occurred April 14, 2018, when he was 19 years of age, a

24  criminal complaint was filed on August 9, 2019 alleging that Mr. Brucklacher committed the

25  following acts: one count of 18 USC § 113(a)(4) – committing assault by striking, beating, or

26  wounding, one count of 36 CFR § 2.35(b)(2) – possessing a controlled substance (psilocybin

27  mushrooms), and one count of 36 CFR § 2.35(c) – present in a park area when under the

28  influence of alcohol or a controlled substance to a degree that may endanger oneself or another

person.

       Mr. Brucklacher is a student at the Memorial University of Newfoundland at both the Grenfell Campus and the St. John's Campus, located in Corner Brook, Newfoundland, Canada. He is a sophomore national exchange student and is pursuing a degree in environmental sustainability. He will attend the university for two semesters.

       Mr. Brucklacher's current residence is in Corner Brook, Newfoundland, Canada. To travel to Yosemite National Park is roughly 6,580 mile round trip by airplane from St. John's International Airport to Fresno Yosemite International Airport, and an additional 158 miles round trip by car from Fresno Yosemite International Airport to Yosemite National Park.

IT IS SO ORDERED.

Dated:    September 19, 2019   

                           UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///
///
///
///
///
///
///
///

1    ///

2    ///

3    ///

4    ///

5    ///

6    ///

7    ///

8            Mr. Brucklacher respectfully requests a continuance of his Initial Appearance in Case No.

9    6:19-mj-00048-JDP from September 24, 2019 at 10:00 AM until December 17, 2019 at 10:00

10   AM when he will have concluded his studies for the semester in Corner Brook, Newfoundland,

11   Canada.

12

13

14   Dated: September 18, 2019                    /s/ Carol Ann Moses_____
                                                   CAROL ANN MOSES
15                                                 Attorney for Defendant,
                                                   JORDAN CHAD BRUCKLACHER
16

17

18   Dated: September 18, 2019                    /s/ Susan St. Vincent_____
                                                   SUSAN ST. VINCENT
19                                                 Yosemite Legal Officer

20

21

22                                    **ORDER**

23           GOOD CAUSE APPEARING, the above request to continue the Initial Appearance in

24   Case No. 6:19-mj-00048-JDP from September 24, 2019 at 10:00 AM until December 17, 2019 at

25   10:00 AM is hereby accepted and adopted as the order of this Court.

26

27

28