| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
| | Fresno, California  93711 |
| 3 | Telephone:  (559) 449-9069 |
| | Facsimile:    (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |
| 5 | |
| | Attorney for Defendant, |
| 6 | JORDAN CHAD BRUCKLACHER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-mj-00048-JDP |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE STATUS |
| | ) | CONFERENCE TO MARCH 10, 2020; |
| vs. | ) | ORDER THEREON |
| | ) | |
| | ) | Date:   March 10, 2020 |
| JORDAN CHAD BRUCKLACHER, | ) | Time:   10:00 AM |
| | ) | Judge:  Jeremy D. Peterson |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, JORDAN CHAD BRUCKLACHER, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for March 11, 2020 at 10:00 AM be advanced to March 10, 2020 at 10:00 AM. The government has no objection.

Based on an incident that occurred April 14, 2018, when he was 19 years of age, a criminal complaint was filed on August 9, 2019 alleging that Mr. Brucklacher committed the following acts: one count of 18 USC § 113(a)(4) – committing assault by striking, beating, or wounding, one count of 36 CFR § 2.35(b)(2) – possessing a controlled substance (psilocybin mushrooms), and one count of 36 CFR § 2.35(c) – present in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another

---

STIPULATION TO ADVANCE STATUS CONFERENCE
TO MARCH 10, 2020;  ORDER THEREON

1

person.

      Defense Counsel is scheduled to appear at the United States District Court in Yosemite National Park on March 10, 2020 at 10:00 AM on separate matters and hopes to consolidate the Court's calendars by advancing Mr. Brucklacher.

      Mr. Brucklacher respectfully requests an advancement of his Status Conference in Case No. 6:19-mj-00048-JDP from March 11, 2020 at 10:00 AM to March 10, 2020 at 10:00 AM.

Dated: January 31, 2020            /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JORDAN CHAD BRUCKLACHER

Dated: January 31, 2020            /s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer

ORDER

The above request to advance the status conference in Case No. 6:19-mj-00048-JDP from March 11, 2020 at 10:00 AM to March 10, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   February 6, 2020                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE