**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JORDAN CHAD BRUCKLACHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-mj-00048-JDP |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE PLEA OR TRIAL SETTING TO JULY 21, 2020; ORDER THEREON |
| vs. | ) | |
| JORDAN CHAD BRUCKLACHER, | ) | Date:   July 21, 2020 (Proposed)<br>Time:   10:00 AM<br>Judge: Jeremy D. Peterson |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, JORDAN CHAD BRUCKLACHER, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Plea or Trial Setting Hearing in the above-captioned matter currently scheduled for July 7, 2020 at 10:00 AM be continued to July 21, 2020 at 10:00 AM. The government has no objection.

Based on an incident that occurred April 14, 2018, when he was 19 years of age, a criminal complaint was filed on August 9, 2019 alleging that Mr. Brucklacher committed the following acts: one count of 18 USC § 113(a)(4) – committing assault by striking, beating, or wounding, one count of 36 CFR § 2.35(b)(2) – possessing a controlled substance (psilocybin mushrooms), and one count of 36 CFR § 2.35(c) – present in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another

1 person.

2     Discovery has been exchanged. A written offer to resolve the matter by the government is
3 currently under review by Mr. Brucklacher. It is anticipated that Mr. Brucklacher will accept the
4 government's settlement offer.

5     Defense Counsel is scheduled to begin trial in the matter of *U.S. v. Paul Steven Kube*,
6 Case No. 1:19-cr-00257-NONE-SKO on July 7, 2020 and hopes to remedy this overlap by
7 continuing Mr. Brucklacher's Plea or Trial Setting to July 21, 2020. *U.S. v. Paul Steven Kube* will
8 require litigating a Motion to Suppress Evidence, 404(b) Evidence, and a Motion to Suppress
9 Evidence inside the 404(b) evidence if the 404(b) evidence is allowed. *U.S. v. Paul Steven Kube*
10 is complicated, requiring out of state witnesses, extra "side" litigation and more than normal
11 amounts of discovery. Preparation will require all of Defense Counsel's attention for the time
12 leading up to July 7, 2020.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

So that Counsel may properly assist at the Sentencing Hearing, and in the interests of justice, Mr. Brucklacher respectfully requests a continuance of his Plea or Trial Setting Hearing in Case No. 6:19-mj-00048-JDP from July 7, 2020 at 10:00 AM to July 21, 2020 at 10:00 AM. Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: May 4, 2020                        /s/ Carol Ann Moses
                                                                         CAROL ANN MOSES
                                                                         Attorney for Defendant,
                                                                          JORDAN CHAD BRUCKLACHER

Dated: May 4, 2020                        /s/ Susan St. Vincent
                                                                          SUSAN ST. VINCENT
                                                                          Yosemite Legal Officer

ORDER

The above request to continue the plea or trial setting hearing in Case No. 6:19-mj-00048-JDP from July 7, 2020 at 10:00 AM to July 21, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   May 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE