McGREGOR W. SCOTT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:19-MJ-00048-JDP |
|---|---|
| Plaintiff, | **JOINT MOTION FOR ORDER REQUIRING PAYMENT OF CURRENCY INTO THE COURT'S DEPOSIT FUND; AND ORDER** |
| v. | |
| JORDAN CHAD BRUCKLACHER, | |
| Defendant. | |

The United States and defendant Jordan Chad Brucklacher (the Movants) move for an order based on the following grounds:

1. The information in this case charges the defendant with the following counts:

    **Count 1:** Commit assault by striking, beating, or wounding in violation of 18 U.S.C. § 113(a)(4);

    **Count 2:** Possess a controlled substance (psilocybin mushrooms) in violation of 36 CFR § 2.35(b)(2); and

    **Count 3:** Present in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person in violation of 36 CFR § 2.35(c).

2. The Parties have a negotiated resolution of the case as memorialized by their signed plea agreement dated June 1, 2020 (the Plea Agreement). Pursuant to the Plea Agreement, the defendant

agrees to pay a $980.00 fine, a $20.00 special assessment, and $600.00 in restitution. The defendant affirms that his conduct caused a loss to an individual victim in the amount of $600.00.

3. The defendant has $1,600.00 set aside to effect a lump sum payment towards the full amount of the fine, assessment, and restitution owed in this case.

4. The Parties agree that the $1,600.00 can and should be paid into the court's deposit fund (the Deposit) at or before his currently scheduled July 21, 2020, plea and sentencing hearing. The defendant will not oppose the application of the Deposit towards the criminal monetary penalties entered against him.

5. Accordingly, the Parties request that the Court sign the proposed order below directing that the $1,600.00 be paid to the Clerk of Court so that it may be deposited into the court's deposit fund.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: June 11, 2020   By:   /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

FOR DEFENDANT JORDAN CHAD BRUCKLACHER:

Dated: June 11, 2020   By:   /s/ Jordan Brucklacher
JORDAN CHAD BRUCKLACHER

Dated: June 11, 2020   By:   /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for defendant JORDAN BRUCKLACHER

ORDER

The Court, having reviewed the court files and the Parties' joint motion for order requiring payment of currency into the court's registry (the Motion), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The defendant shall deliver to the Clerk of the Court, a check or money order in the amount of $1,600.00, made payable to the "Clerk of Court" (the Deposit) at or before his currently scheduled July 21, 2020, hearing.

2. The defendant shall mail or deliver the Deposit to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The defendant shall also state the docket number (Case No.: 6:19-MJ-00048-JDP) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Upon sentencing, the clerk shall apply the $1,600.00 towards defendant's criminal monetary obligations.

IT IS SO ORDERED.

Dated: _____June 12_____, 2020

_____
The Honorable JEREMY D. PETERSON
United States Magistrate Judge