**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JORDAN BRUCKLACHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 6:19-mj-00048-JDP |
| ) | |
| Plaintiff,      ) | REQUEST FOR RULE 43 WAIVER |
| ) | OF PERSONAL APPEARANCE AND |
| ) | TELEPHONE CONFERENCE |
| vs.      ) | REGARDING CHANGE OF PLEA AND |
| ) | SENTENCING HEARING; |
| ) | ORDER THEREON |
| JORDAN CHAD BRUCKLACHER,      ) | |
| ) | Date:   July 28, 2020 |
| ) | Time:   10:00 AM |
| Defendant.      ) | Judge:  Hon. Jeremy D. Peterson |
| _____) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant JORDAN BRUCKLACHER, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his hearing regarding his Change of Plea and Sentencing, and be allowed to appear via telephone conference from Grand Forks, North Dakota where Mr. Brucklacher lives. Mr. Brucklacher agrees that his interest shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Brucklacher has previously accepted responsibility for his actions. He signed the Change of Plea Agreement on June 1, 2020. Additionally he deposited the full amount of restitution into the Court's Deposit Fund as well as $1,000.00 into the same Court's Deposit Fund

1  to cover the fine recommended by the government.

2  The government is aware of Mr. Brucklacher's request for a Rule 43 via telephone
3  conference for his Change of Plea and Sentencing Hearing and agrees to this request.

4  With the continued spread of the Coronavirus pandemic and the closure of the Court, the
5  parties agree that it would be in the best interest of everyone involved to allow Mr. Brucklacher to
6  waive his right to personally appear for his Change of Plea and Sentencing Hearing and be
7  allowed to appear via telephone conference from Grand Forks, North Dakota in the above-
8  captioned matter.

9  Mr. Brucklacher respectfully requests that the Court grant a waiver of his right and
10 obligation to be personally present and that he be permitted to appear via telephone conference
11 from Grand Forks, North Dakota for his Change of Plea and Sentencing Hearing in Case No.
12 6:19-mj-00048-JDP on July 28, 2020 at 10:00 AM.

13

14 Dated: July 1, 2020                                       /s/ Carol Ann Moses____
                                                             CAROL ANN MOSES
15                                                           Attorney for Defendant,
                                                             JORDAN CHAD BRUCKLACHER
16

ORDER

The above request for defendant's waiver of personal appearance and request to appear via telephone conference at his change of plea and sentencing hearing in case no. 6:19-mj-00048-JDP on July 28, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   July 1, 2020                          _____
                                               UNITED STATES MAGISTRATE JUDGE