# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:19-PO-00048 JDP |
| JORDAN CHAD BRUCKLACHER | ) |
| | ) |
| *Defendant* | ) |

**ORDER TO PAY**
**PROBATION PURSUANT TO A DEFERRED JUDGMENT**
**AGREEMENT BETWEEN THE PARTIES**

The defendant having been found guilty of an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 18 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.

Date:   1/14/2021                                              /s/ Helena Barch-Kuchta
                                                               **Helena Barch-Kuchta**
                                                               *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of unsupervised probation as issued in the judgment issued on January 14, 2021, docket number [__] (I'll fill this in after I docket the judgement.)

2. The defendant is ordered to personally appear for Probation Review Hearings on 10/5/2021 and 5/10/2022 at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.