PROB 22 (ED/CA)
(Rev. 2/88)

| | DOCKET NUMBER *(TRAN. COURT)* |
|---|---|
| | 0972 6:19MJ00048-01 |

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(REC. COURT)*

| NAME AND ADDRESS OF ☒ PROBATIONER ☐ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jordan Chad Brucklacher<br>North Dakota *(City/State only)* | E-CA | Fresno (YOSEMITE) |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | United States Magistrate Judge Helena M. Barch-Kuchta |

| DATES OF | FROM | TO |
|---|---|---|
| ☒ PROBATION<br>☐ SUPERVISED RELEASE | 1/14/2021 | 7/13/2022 |

**OFFENSE**

18 USC 113(a)(4) – Commit Assault by Striking, Beating, or Wounding (CLASS A MISDEMEANOR)

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605, the jurisdiction of the above-named probationer be transferred with the records of the Court to the United States District Court for the District of North Dakota upon that Court's order of acceptance of jurisdiction.

| June 9, 2021 | *Helena M. Barch-Kuchta* |
|---|---|
| *Date* | *United States District Judge* |

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this Order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |

CC:     United States Attorney
        FLU Unit—United States Attorney's Office
        Fiscal Clerk—Clerk's Office